UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| FRANCINE KOCHAMP, | ) |
| Plaintiff, | ) 03:05-CV-00476-LRH (RAM) |
| vs. | ) ORDER |
| WASHOE COUNTY SCHOOL DISTRICT, et al., | ) |
| Defendants. | ) |

Presently before this court is Defendants' motion to dismiss (#19[1]). No response has been filed by Plaintiff. According to Local Rule 7-2, the failure of a party to file points and authorities in opposition to a motion effectuates a consent to the granting of that motion. The court, however, is wary of dismissing an action outright for failure to respond. Accordingly, Plaintiff will have 15 days to file an appropriate response to the motion. If no response is filed, Defendants' motion to dismiss shall be granted without prejudice.

IT IS SO ORDERED.

DATED this 7th day of June, 2006.

_____
LARRY R. HICKS
United States District Judge

---

[1] References to (#XX) refer to the court's docket.